JS44
(Rev. 12/07)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

ASSEM HIJAZI and NADEZDA HIJAZI

## DEFENDANTS

CAESARS ENTERTAINMENT CORPORATION

**(b)** COUNTY OF RESIDENCES OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Lloyd Long, III, Esquire
KRASNER, HUGHES & LONG, LLC
1221 Locust Street
Philadelphia, PA 19107
(215) 731-9500

ATTORNEYS (IF KNOWN)

LAWRENCE M. KELLY, ESQUIRE
MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP
Centre Square, West Tower
1500 Market Street, Suite 4100
Philadelphia, PA 19102
(215) 735-7200

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
(For Diversity Cases Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ■ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Inury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med Malpractice
- ☐ 365 Personal Injury -- Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodation
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motion to Vacate Sentence
  Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Nauralization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 hia (1395FF)
- ☐ 862 Black Lung (923)
- ☐ 863 diwc/diww (405(g))
- ☐ 864 SSID Title XVI
- ☐ 864 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-- Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective SErvice
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410zation Act
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☐ 1. Original Proceeding
- X 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND

Check YES only if demanded in complaint:
JURY DEMAND:  X YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):

Judge                    Docket Number

DATE: 4/11/13

SIGNATURE OF ATTORNEY OF RECORD
LAWRENCE M. KELLY, ESQUIRE

FOR OFFICE USE ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| ASSEM HIJAZI and NADEZDA HIJAZI vs. CAESARS ENTERTAINMENT CORPORATION | CIVIL ACTION NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See ' 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. ' 2241 through ' 2255.  ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.  ( X )

DATE: 4/11/13        /s/ Lawrence M. Kelly
                     LAWRENCE M. KELLY, ESQUIRE
                     Attorney-at-Law        Attorney ID # 58732

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   1108 McKean Street, Philadelphia, PA 19148

Address of Defendant: 2100 Pacific Avenue, Atlantic City, New Jersey 08401

Place of Accident, Incident or Transaction: Atlantic City, New Jersey

Does this case involve multidistrict litigation possibilities?                                                    Yes ☐    No ☐

RELATED CASE IF ANY
Case Number: _____     Judge _____     Date Terminated: _____

Civil Cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐    No X
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐    No X
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?     Yes ☐    No X
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights Case filed by the same individual?     Yes ☐    No X

CIVIL:  (Place 9 in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All Other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. X Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability - Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

### ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, LAWRENCE M. KELLY, ESQUIRE, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE:   4/11/13            /s/ Lawrence M. Kelly
                           LAWRENCE M. KELLY, ESQUIRE
                           Attorney-at-Law        Attorney ID # 58732

NOTE:  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this curt except as noted above.

DATE:   4/11/13            /s/ Lawrence M. Kelly
                           LAWRENCE M. KELLY, ESQUIRE
                           Attorney-at-Law        Attorney ID # 58732

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSEM HIJAZI and NADEZDA HIJAZI | CIVIL ACTION |
| vs. | NO. |
| CAESARS ENTERTAINMENT CORPORATION | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant, Boardwalk Regency Corporation d/b/a Caesars Atlantic City (Incorrectly Designated as "Caesars Entertainment Corporation"), by and through its attorneys, MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, hereby remove the above-captioned case to this Honorable Court and provide notice of same to Counsel representing Plaintiffs. In support of this Notice of Removal, the Defendant avers as follows:

1. On October 26, 2012, Plaintiffs filed a Complaint in the Court of Common Pleas of Philadelphia County. (See a copy of the Complaint attached hereto and marked as Exhibit "A").

2. The Complaint was received by Defendant on March 15, 2013. (See a copy of the Dockets serving the Complaint attached as Exhibit "B").

3. This instant Notice of Removal is being filed well within the 30 days after Moving Defendant first received the Complaint and so the Notice of Removal is timely filed.

4. In the Complaint, Plaintiffs aver that they are residents of Philadelphia, Pennsylvania. (See Exhibit "A").

5. Plaintiffs are domiciled at their address listed in the Complaint and, thus, they are citizens of Philadelphia, Pennsylvania.

6. This incident allegedly occurred as a result of an incident at Caesars Hotel in Atlantic City, New Jersey on March 11, 2011. (See Exhibit "A").

7. The casino Defendant is improperly identified in the Complaint. The only entity that owns, operates and maintains the casino where the incident occurred is Boardwalk Regency Corporation d/b/a Caesars Atlantic City.

8. Boardwalk Regency Corporation d/b/a Caesars Atlantic City is incorporated in New Jersey and has its principal place of business in New Jersey.

9. Therefore, Defendant Boardwalk Regency Corporation d/b/a Caesars Atlantic City is a citizen of New Jersey.

10. Thus, diversity of citizenship exists from Plaintiffs being citizens of Pennsylvania and the Defendant being a citizen of New Jersey.

11. The parties are citizens of the states noted above both at the time of the filing of the Complaint and continuing to and including the time of the filing of this Notice of Removal.

12. Thus, there exists diversity of citizenship for this Court to have jurisdiction over this matter.

13. In the Complaint, Plaintiffs seek compensatory and punitive damages, physical injuries and attorneys' fees. (See Exhibit "A").

14. In addition to the above, Plaintiff also alleges mental and emotional distress, loss of income, economic loss and future medical treatments.

15. Plaintiff further alleges that many bodily injuries, including radiculopathy, have caused him pain and suffering and that the pain will continue into the future.

16. Based on the allegations in Plaintiff's Complaint, the amount in controversy is certainly alleged to be in excess of $75,000.00. (See Exhibit "A").

17. Therefore, Plaintiffs' counsel confirmed that the amount in controversy is alleged to be in excess of $75,000.00.

18. As such, the above-captioned civil action is one of which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code §1332, based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is alleged to be in excess of $75,000.00, and it is accordingly one which may be removed to this Honorable Court by Notice pursuant to Tile 28 United States Code §1441.

**WHEREFORE**, Defendant, Boardwalk Regency Corporation d/b/a Caesars Atlantic City (Incorrectly Designated as "Caesars Entertainment Corporation"),

respectfully requests that the above action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania be removed to this Court.

        **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

        BY:    /s/ Lawrence M. Kelly
              LAWRENCE M. KELLY, ESQUIRE
              Attorney for Defendant:
              BOARDWALK REGENCY CORPORATION d/b/a
              CAESARS ATLANTIC CITY (Incorrectly Designated as
              "CAESARS ENTERTAINMENT CORPORATION")
              Centre Square, West Tower
              1500 Market Street
              Suite 4100
              Philadelphia, PA 19102
              (215) 735-7200
              **MSZL&M File No. 007770.000340**

## CERTIFICATE OF SERVICE

I, LAWRENCE M. KELLY, ESQUIRE, do hereby certify that a true and correct copy of the within **NOTICE OF REMOVAL** was forwarded by United States First-Class Mail, postage pre-paid on the below-named date, as follows:

> Lloyd Long, III, Esquire
> KRASNER, HUGHES & LONG, LLC
> 1221 Locust Street
> Philadelphia, PA 19107

/s/ Lawrence M. Kelly
LAWRENCE M. KELLY, ESQUIRE

Dated: 4/11/13